IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                           No. 05-1858-MV

DAVID GARCIA,

        Defendant.

## ORDER GRANTING DEFENDANT'S REQUEST AND ORDERING THAT THE GOVERNMENT RESPOND TO DEFENDANT'S PETITION

THIS MATTER is before the Court on Defendant's motion, made as part of his Petition for a Writ of Audita Querela, for an order directing the government to respond to his Petition. The Court, having reviewed the Petitioner's request, finds that the Petitioner's request is well-taken and should be granted.

IT IS HEREBY ORDERED that the Government shall respond to Mr. Garcia's Petition within 14 days of the entry of this Order. Mr. Garcia may file a reply to the Government's response within 14 days of the date on which the Government files its response.

_____
Honorable Martha Vázquez
Senior United States District Judge